UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

_____
UNITED STATES OF AMERICA,          )
                                   )   No. 1:11-cv-02064-AWI-JLT
Plaintiff,                         )
                                   )
          v.                       )   ORDER GRANTING PLAINTIFF'S
                                   )   UNOPPOSED REQUEST TO
                                   )   ENTER CONSENT DECREE
CALPORTLAND COMPANY,               )
                                   )
Defendant.                         )
_____)

Plaintiff the United States having filed an Unopposed Request to Enter Consent Decree (Doc. No. 6), and good cause appearing therefor, Plaintiff's Motion is GRANTED. The Consent Decree (Doc. No. 2, Attachment 1) will be executed and filed by the Court as a separate docket item and the Clerk shall thereafter close this file.

IT IS SO ORDERED.

Dated:   February 8, 2012            _____
                                     CHIEF UNITED STATES DISTRICT JUDGE

CASE NO. 1:11-cv-02064-AWI-JLT
ORDER GRANTING UNOPPOSED REQUEST TO ENTER CONSENT DECREE - 1