IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:11-CV-2064 AWI JLT |
| Plaintiff, ) | |
| v. ) | ORDER CLOSING CASE |
| ) | |
| CAL PORTLAND COMPANY, ) | |
| Defendants. ) | |

On February 3, 2012, a request for an unopposed consent decree was filed.  The Court signed the request (Doc. No. 7) and then signed the consent decree (Doc. No. 8).  Because the consent decree was signed by the Court, this case terminated.  However, the case has not been administratively closed.  The Court will now correct that oversight.

Accordingly, IT IS HEREBY ORDERED that the Clerk shall close this case in light of the signed consent decree.

IT IS SO ORDERED.

Dated:   November 1, 2012

_____
UNITED STATES DISTRICT JUDGE