UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 1:11-cv-02064-AWI-JLT |
| ) | |
| v. ) | **[PROPOSED] ORDER** |
| ) | **TERMINATING CONSENT** |
| CALPORTLAND COMPANY, ) | **DECREE** |
| ) | |
| Defendant. ) | |

Having considered the Parties' Joint Stipulation to Terminate Consent Decree (ECF No. 18) in this matter, it is hereby ORDERED that:

The Consent Decree entered in this matter on February 8, 2012, as modified on September 28, 2015, is hereby terminated.

IT IS SO ORDERED.

Dated: March 7, 2019

_____
SENIOR DISTRICT JUDGE